NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | | |
|---|---|---|
| J. STANFORD LIFSEY, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Case No.  2D17-4804 |
| | ) | |
| THE BANK OF TAMPA, a Florida | ) | |
| banking corporation; and CARPETS, | ) | |
| INC., a dissolved Florida corporation, | ) | |
| | ) | |
| Appellees. | ) | |
| | ) | |

Opinion filed January 9, 2019.

Appeal from the Circuit Court for
Hillsborough County; Paul L. Huey, Judge.

J. Stanford Lifsey, pro se.

Patti W. Halloran of Gibbons | Neuman,
Tampa, for Appellee The Bank of Tampa.

No appearance for remaining Appellee.


PER CURIAM.


Affirmed.



LaROSE, C.J., and KELLY and BLACK, JJ., Concur.